01-15-00855-CV

PROBATE NO. <u>PR35159</u>

| IN THE ESTATE OF | § | IN THE COUNTY COURT AT |
| | § | LAW NO. TWO |
| FRANKIE LEE SETSER | § | |
| | § | |
| DECEASED | § | AND PROBATE COURT OF |
| | § | |
| | § | BRAZORIA COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 10:48:57 AM
CHRISTOPHER A. PRINE
Clerk

## CLERK'S NOTIFICATION OF APPEAL

Cause No.: <u>PR35159</u>

Style of Cause: <u>IN THE ESTATE OF FRANKIE LEE SETSER, DECEASED</u>

Court: <u>County Court At Law #2 and Probate Court</u>

Judge: <u>Marc W. Holder</u>

Appellant: <u>Charles Edward Heim</u>

Appellant's Attorney: <u>Von H. Shleton, 2038 E. Mulberry, Angleton, TX 77515</u>

Appellee: <u>Mundy Boggs</u>

Appellee's Attorney: <u>Matthew T. Williams, P.O. Box 1476, Lake Jackson, TX 77566</u>

Date of Judgment: <u>September 22, 2015</u>

Date Motion for New Trial filed: <u>N/A</u>

Notice of Appeal: <u>September 30, 2015</u>

Type of Appeal: <u>Application for Probate and for Issuance of Letters Testamentary</u>

Assigned: <u>1st Court of Appeals</u>

Filed for Record
9/30/2015 9:56:14 PM
Joyce Hudman, County Clerk
Brazoria County, Texas
PR35159
Linda Hatchett, Deputy

## CAUSE NO. PR35159

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT AT |
| | § | |
| FRANKIE LEE SETSER | § | LAW NO. TWO |
| | § | |
| CHARLES EDWARD HEIM, | § | AND PROBATE COURT OF |
| APPLICANT | § | |
| | § | BRAZORIA COUNTY, TEXAS |

### APPLICANT CHARLES HEIM'S NOTICE OF APPEAL

Whereas, on September 22, 2015, the County Court at Law No. Two and Probate Court of Brazoria County, Texas rendered Judgment and Granted, Applicant Mundy Boggs' Application to admit the Last Will and Testament of Frankie Lee Setser as a Muniment of title. And on September 22, 2015 entered Judgment Denying Applicant, Charles Edward Heim Application to admit will to Probate Judgments from which the undersigned appellant desire to appeal to the Court of Civil Appeals for the ___Supreme Judicial District of Texas.

Now therefore Charles Edward Heim give notice of appeal.

Respectfully submitted,

Von H. Shelton

_____
Von H. Shelton
State Bar No. 18211500
2038 E. Mulberry
Angleton, Texas 775152
Telephone (979) 849-2402
Facsimile (979-849-8893
vhslaw@sbcglobal.net
Attorney for Applicant, Charles E. Heim

1

## CERTIFICATE OF SERVICE

As Attorney of Record for Charles E. Heim, I do hereby certify that a true and correct copy of the above and foregoing document was this date provided to the all attorneys of record, by certified mail, return receipt requested, hand delivery or via fax mail.

Date: September 29, 2015.

_Von H. Shelton_

Attorney for Charles E. Heim